UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BENJAMIN J. WECKERT,   CIVIL NO. 13-750 (MJD/JSM)

    Plaintiff,

v.   ORDER

CAROLYN COLVIN,
*Acting Commissioner of Social Security*,

    Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 18, 2014. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment [Docket No. 14] is **DENIED**;

2. Defendant's Motion for Summary Judgment [Docket No. 19] is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 7, 2014

                                                s/Michael J. Davis
                                                MICHAEL J. DAVIS
                                                Chief United States District Judge